FILED
September 06, 2007
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0000888509

Douglas B. Jacobs   SBN 084153
Jacobs, Anderson, Potter & Chaplin, LLP
20 Independence Circle
Chico, California 95973
(530) 342-6144

Attorney for Plaintiffs

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Keith L. Wedin,<br><br>    Debtor, | Bankruptcy Case No.: 00-27064-C-7 |
| Olive Medical Group,<br><br>    Plaintiffs,<br><br>vs.<br><br>Keith Wedin,<br>    Defendant. | Adversary Proceeding No.: 07-02220-C<br><br>DBJ-2<br><br>NOTICE OF MOTION |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**NOTICE IS HEREBY GIVEN** that Plaintiff, Olive Medical Group, by and through their attorney of record, Douglas B. Jacobs has filed a Motion for Order Authorizing Service of Summons by Publication and Mailing, USCS Bankruptcy R 7004(c). This Motion will be heard in front of Judge Klein on September 18, 2007 at 9:30 a.m. in the United States Bankruptcy Court, Eastern District, located at 501 "I" Street, Department C, Courtroom

NOTICE OF MOTION - 1

35, 6th Floor, Sacramento, California.

Dated: August __3/__, 2007

                            Respectfully submitted,

                            JACOBS, ANDERSON, POTTER & CHAPLIN, LLP

                            By: _____
                                Douglas B. Jacobs, Attorney for Plaintiff