FILED
September 06, 2007
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000888511

Douglas B. Jacobs   SBN 084153
Jacobs, Anderson, Potter & Chaplin, LLP
20 Independence Circle
Chico, California 95973
(530) 342-6144

Attorney for Plaintiffs

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Keith L. Wedin,<br><br>    Debtor. | Bankruptcy Case No.: 00-27064-C-7 |
| Olive Medical Group,<br><br>    Plaintiffs,<br><br>vs.<br><br>Keith Wedin.<br>    Defendant. | Adversary Proceeding No.: 07-02220-C<br>DBJ-2<br>DECLARATION OF DOUGLAS B. JACOBS RE: SERVICE OF PROCESS<br><br>Date: 09/18/07<br>Time: 9:30 a.m.<br>Dept: tba |

Comes now Douglas B. Jacobs, and submits the following under penalty of perjury:

1. I am an attorney at law, licensed to practice in front of all of the courts of California and am the attorney for the Plaintiff in this matter.

2. I make this declaration under penalty of perjury and would and could testify to everything herein if called upon to do so.

3. The adversary proceeding was filed on July 26, 2007. On July 27, 2007, I instructed my process server to serve the Summons and Complaint on Keith L. Wedin at 9544 Athena Way in Durham, California. My process server was unable to locate Keith L. Wedin at that address. He did, however, ascertain that Mr. Wedin does still own the property at 9544 Athena Way. The female occupant was unwilling to give her name or any further information regarding the current whereabouts of Keith Wedin. Attached hereto as Exhibit A and incorporated herein by this reference is a Declaration of Due Diligence from Melvin Davis.

4. Parties associated with this case have attempted to get messages to Mr. Wedin through various sources of family and associates. I have no reason to believe that Keith Wedin did not get the information to contact one of the parties.

5. It appears that Keith Wedin is purposely avoiding service of this action.

6. In my professional opinion, I believe that service of the summons by publication is the only way to serve Keith Wedin with due process of this proceeding.

I declare the above to be true and correct under penalty of perjury.

Respectfully submitted:

Dated: August ___, 2007        Jacobs, Anderson, Potter & Chaplin, LLP

_____
Douglas B. Jacobs, Attorney for Plaintiff

# DECLARATION of DUE DILIGENCE



## SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SACRAMENTO

PLAINTIFF: OLIVE MEDICAL GROUP

vs

DEFENDANT: KEITH L. WEDIN

Case No. OO-27064-C-7

Adversary Case # 07-0220-C DBJ-2

## DECLARATION OF MELVIN W. DAVIS, PROCESS SERVER

I, MELVIN W. DAVIS, declare as follows:

1) I am over the age of eighteen years and not a party to the within action, I am a Butte County Process Server.

2) The following, attempts for service of a: SUMMONS, & NOTICE OF STATUS CONF IN AN ADVERSARY PROCEEDING were made on:

NAME: KEITH L. WEDIN
ADDRESS: 9544 ATHENA WAY, DURHAM, CALIFORNIA 95938

A.) 08/01/2007 at 9:04 A.M.
B.) 08/02/2007 at 9:26 A.M.
C.) 08/04/2007 at 10:36 A.M.
E.) 08/03/2007 at 2:54 P.M.
F.) 08/06/2007 at 7:38 P.M.
G.) at

On _____ at _____ I talker with FEMALE ADULT UN-WILLING TO GIVE NAME GAVE ME KEITH'S SISTER PHONE #S AND WILL NOT TALK TO ME. (SISTER NAME SHARON CLARK) who was over the age of 18 years of age, and a person Incharge at the time of Attempt Service of the Business or Household.

3) The ☐ HOME or ☐ BUSINESS address is: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/06/2007, at Paradise, California.

Dated, 08/06/2007

MELVIN W. DAVIS #43
Butte County Process Server

EXHIBIT A