Keith L. Wedin BK Case # 00-27064
Adversary No. 07-02220-C

FILED
September 06, 2007
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000888513

# PROOF OF SERVICE

I declare as follows:

I am employed in the County of Butte, California. I am over the age of eighteen years and not a party to the within action. My business address is 20 Independence Circle, Chico, CA 95973.

I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

On September 4, 2007, I served a copy of the following documents:

**MOTION FOR ORDER AUTHORIZING SERVICE OF SUMMONS BY PUBLICATION AND MAILING [USCS BANKRUPTCY R 7004(c)]**

on the parties named below by the following method:

☒ By depositing the sealed envelope with the United States Postal Service with the postage fully prepaid to each of the persons addressed below:

☐ By placing the envelope addressed to the person(s) addressed below for collection and mailing following our ordinary business practice and via facsimile;

☐ By personal service to the person(s) addressed below:

Susan K. Smith, Trustee
7485 Rush River Dr., #710-218
Sacramento, CA 95831

Victoria C. Baker
Desmond, Nolan, Livaich & Cunningham
1830 15th St.
Sacramento, CA 95814

U.S. Bankruptcy Trustee
Federal Courthouse
501 "I" Street, STE 7-500
Sacramento, CA 95814

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 4, 2007

_____
DANA BLAIR