

Douglas B. Jacobs   SBN 084153
Jacobs, Anderson, Potter & Chaplin, LLP
20 Independence Circle
Chico, California 95973
(530) 342-6144

Attorney for Plaintiffs

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>   Keith L. Wedin,<br><br>       Debtor, | Bankruptcy Case No.: 00-27064-C-7 |
| Olive Medical Group,<br><br>       Plaintiffs,<br><br>   vs.<br><br>Keith Wedin,<br>       Defendant. | Adversary Proceeding No.: 07-02220-C<br>DBJ-2<br><br>ORDER AUTHORIZING SERVICE OF SUMMONS BY PUBLICATION AND MAILING TO THE DEFENDANT'S LAST KNOWN ADDRESS |

This matter came on regularly for hearing on September 18, 2007 at 9:30 a.m. in the above-entitled court.

After considering the pleadings submitted by the moving party and hearing oral argument as presented at the time of the hearing, it is hereby ordered as follows:

FILED
SEP 2 5 2007
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

RECEIVED
September 06, 2007
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000888514

ORDER ON PLAINTIFF'S MOTION FOR SERVICE BY PUBLICATION- 1

Plaintiff, Olive Medical Group is authorized to publish the Summons in the above entitled matter in the Chico Enterprise Record and mail a copy of the summons, notice and complaint to the defendant, Keith L. Wedin at 9544 Athena Way, Durham, California 95938.

It is so ordered:

Dated: **SEP 2 5 2007**

_____
Judge of the Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a copy of the document to which this certificate is attached was mailed today to the following entities listed at the address shown on the attached list or shown below.

Office of the U.S. Trustee
501 I Street #7-500
Sacramento, CA 95814

DATED: 9/25/07        By: _____
                          Deputy Clerk

EDC 3-070 (New 4/21/00)